**UNITED STATES COURT OF APPEALS**
**for the Fifth Circuit**

_____

No. 96-20285
_____


PETROLEOS MEXICANOS,

                    Plaintiff-Counter Defendant-Appellee,

            VERSUS


            AMTRADE INTERNATIONAL, INC.

                    Defendant-Counter Claimant-Appellant.

_____

        Appeal from the United States District Court
            for the Southern District of Texas
                    (CA-H-95-1070)
_____

                December 9, 1996
Before WISDOM, DAVIS and DUHÉ, Circuit Judges:

PER CURIAM:[1]

        Our review of the record and the briefs in this case leads us to conclude that the district court correctly granted summary judgment in favor of Petroleos Mexicanos.  Amtrade International failed to demonstrate that the promissory note or the settlement agreement was ambiguous and the district court properly refused to consider parole evidence.

        AFFIRMED.

_____

        [1]Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.